## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

CeX MASSACHUSETTS, Inc.
                       Plaintiff.

v.

EDWARD DAVIS,
Individually, and in his official
capacity as Commissioner of
Boston Police Department, and

DANIEL KEELER,
Individually and in his official
capacity as an Officer of the
Boston Police Department

MARK HARRINGTON
Individually and in his official
capacity as an Officer of the
Boston Police Department

CAPTAIN BERNARD O'ROURKE
Individually and in his official
capacity as an Officer of the
Boston Police Department

THE CITY OF BOSTON
                       Defendants.

## NOTICE OF REMOVAL
### (PURSUANT TO 28 U.S.C. § 1441)

The Defendants, Edward M. Davis, Daniel Keeler, Mark Harrington, Captain Bernard

O'Rourke, the City of Boston ("Defendants") hereby give notice of the removal of this action -

pursuant to 28 U.S.C. § 1441 – from the Suffolk Superior Court, where this action is currently

pending.  In Superior Court, the case is docketed as Civil Action No. 2012-1202A and has the

same caption as above.  In support of this notice, the defendants state:

1.    The action is grounded in the laws and Constitution of the United States of America.

        Count II of its Complaint, Plaintiff alleges that it was deprived of its Fifth and

Fourteenth Amendment rights by the defendants.  (Sea Plaintiff's Complaint, attached as Exhibit "1").

2.      Accordingly, the Plaintiff's claims for relief arise under the Constitution, treaties or laws of the United States and therefore is subject to removal under 28 U.S.C. § 1441(b).

3.      A fair reading of the Plaintiff's allegations make it apparent that federal constitutional law and issues are essential to this case and therefore the Defendants have a statutory right to remove this action.

Respectfully submitted,
EDWARD M. DAVIS, DANIEL KEELER,
BERNARD O'ROURKE, MARK HARRINGTON,
and THE CITY OF BOSTON
By their attorney,
William F. Sinnott, Corporation Counsel

/s/ Lisa Skehill Maki
Lisa A. Skehill, BBO# 675344
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4022
Lisa.Maki@cityofboston.gov

## CERTIFICATE OF SERVICE

I, Lisa Skehill Maki, do hereby certify that I filed a true copy of the attached documents via the CM/ ECF system on March 28, 2012.

/s/ Lisa Skehill Maki
Lisa Skehill Maki