UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Docket No. 1:12-CV-10567-GAO

|  |  |
|---|---|
| CEX MASSACHUSETTS, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| EDWARD M. DAVIS, | ) |
| Individually and in his official | ) |
| capacity as Commissioner of the | ) |
| Boston Police Department, | ) |
| | ) |
| DANIEL KEELER, | ) |
| Individually and in his official | ) |
| capacity as a member of the Boston | ) |
| Police Department, | ) |
| | ) |
| MARK HARRINGTON, | ) |
| Individually and in his official | ) |
| capacity as a member of the Boston | ) |
| Police Department, | ) |
| | ) |
| CAPTAIN BERNARD O'ROURKE , | ) |
| Individually and in his official | ) |
| capacity as a member of the Boston | ) |
| Police Department, | ) |
| | ) |
| THE CITY OF BOSTON, | ) |
| | ) |
| Defendants | ) |
| | ) |

**MOTION FOR PRELIMINARY ORDER
AND/OR STAY OF REVOCATION OF SECOND HAND LICENSE**

Pursuant to Fed. R. Civ. P. 65, and/or 21, and the general equity powers of this Court,

plaintiff respectfully requests this court order a preliminary injunction and/or writ of

certiorari/mandamus to issue enjoining and ordering the defendants to return plaintiff's validly

procured second hand license (OR) declaring that plaintiff's right to operate pursuant to the license shall not be abridged during the pendency of this lawsuit.

In support, plaintiff relies upon the verified complaint, the exhibits appended thereto, and the memorandum of law filed herewith.

Respectfully submitted:

_/s/ Robert S. Sinsheimer_
Robert S. Sinsheimer, Esq., BBO # 464940
Lauren M. Thomas, Esq., BBO # 667973
Michael Harriman, Esq., BBO # 680061
Sinsheimer & Associates
92 State Street, 9th Floor
Boston, MA. 02109
(617)-722-9954

Dated: March 30, 2012

**Certificate of Service**
I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 30, 2012.

_/s/ Robert S. Sinsheimer_